Vincenzo CAMMISANO, Respondent,

v.

COTTON EYED JOE'S SALOON,
INC., Appellant.

No. WD 43906.

Missouri Court of Appeals,
Western District.

May 14, 1991.

Rehearing Denied June 27, 1991.

Richard T. Bryant, Kansas City, for appellant.

Thomas H. Farnum, Kansas City, for respondent.

Before NUGENT, C.J., P.J., and
TURNAGE, GAITAN and
WASSERSTROM, JJ.

ORDER

PER CURIAM.

The appellant-defendant, Cotton Eyed Joe's Saloon, Inc., appeals trial court judgment in landlord's complaint for past due rent.

Affirmed.   Rule 84.16(b).